# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 14-1049                                                    September Term, 2013

NLRB-09CA110508

Filed On: May 22, 2014 [1494160]

UC Health,

    Petitioner

  v.

National Labor Relations Board,

    Respondent

## O R D E R

Upon consideration of petitioner's motion to dispense with joint appendix and motion to hold case in abeyance, it is

**ORDERED** that the motion to hold case in abeyance be granted, and this case is hereby held in abeyance pending further order of the court.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the disposition by the Supreme Court of the United States of No, 12-1281, <u>NLRB v. Noel Canning</u>.  It is

**FURTHER ORDERED** that consideration of the motion to dispense with joint appendix be deferred pending further order of the court.

                                          FOR THE COURT:
                                          Mark J. Langer, Clerk

                      BY:   /s/
                                          Mark A. Butler
                                          Deputy Clerk